UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOANELLE CLEMENTE,

                Plaintiff,                23 **CIVIL** 11115 (KMK)(VR)

   -v-                                     **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 25, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, the Appeals Council will direct the administrative law judge to further evaluate the claimant's migraine headache symptoms and further evaluate the medical opinions of Drs. Saundra Nickens, Reza Yassari, and Ann Ambrose.

**Dated:** New York, New York
         April 26, 2024

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                      **BY:**           *K. Mango*

                                                **Deputy Clerk**